# Exhibit A

One Community Health
*Healthy Together*

January 2, 2026

[redacted]

Dear KIMBERLY TAYLOR,

We are hereby informing you about a security incident involving one of our business partners that may have affected some of your protected health information. We take the privacy and security of your information very seriously, and we want to provide you with information about what happened, what information was involved, and steps you can take to protect yourself.

## WHAT HAPPENED

One Community Health uses TriZetto Provider Solutions ("TriZetto") as a health insurance clearinghouse service to help process insurance eligibility and claims information. On October 2, 2025, TriZetto discovered suspicious activity within a web portal used by some of their healthcare provider customers.

TriZetto immediately launched an investigation with external cybersecurity experts and law enforcement. They determined that between November 2024 and October 2, 2025, an unauthorized individual accessed certain historical eligibility transaction reports stored on their system.

## WHAT INFORMATION WAS INVOLVED

The investigation determined that certain protected health information may have been accessed. The specific information varied by individual, but may have included:

- Your name
- Address

[illegible]
onecommunityhealth.com

One Community Health
Healthy Together

- Social Security number
- Health insurance member number (which in some instances may be a Medicare beneficiary identifier)
- Health insurance company name
- Primary insured or dependent information
- Other demographic, health, and health insurance information

**The incident did NOT involve any payment card information, bank account information, or other financial account information.**

## WHAT WE ARE DOING

Upon discovering the incident, TriZetto:

- Immediately launched an investigation and engaged external cybersecurity experts (Mandiant)
- Took steps to eliminate the threat and secure their systems
- Notified law enforcement
- Confirmed there has been no unauthorized activity in their environment since October 2, 2025
- Committed to continuing to strengthen the security of their systems and applications

One Community Health is committed to protecting your information and will continue to work closely with TriZetto to monitor this situation.

## WHAT YOU CAN DO

We recommend that you remain vigilant by reviewing your account statements and monitoring your free credit reports for suspicious activity and detecting errors. You have the right to one free credit report annually from each of the three nationwide credit reporting agencies. To order your free credit report, visit www.annualcreditreport.com, call toll-free 1-877-322-8228, or complete the Annual Credit Report Request Form and mail it to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281

You can also contact the three nationwide credit reporting agencies:

***Equifax***
*P.O. Box 740241*
*Atlanta, GA 30374*
1-800-685-1111
www.equifax.com

***Experian***

One Community Health
Healthy Together

P.O. Box 9554
Allen, TX 75013
1-888-397-3742
www.experian.com

**TransUnion**
P.O. Box 1000
Chester, PA 19016
1-800-916-8800
www.transunion.com

We also recommend you consider the following additional protective measures:

**Fraud Alerts:** You can contact one of the credit reporting agencies above to place a fraud alert on your credit file. A fraud alert is free and tells creditors to contact you before opening new accounts or making changes to existing accounts.

**Security Freeze:** You have the right to place a security freeze on your credit report. A security freeze prohibits a credit reporting agency from releasing any information from your credit report without your written authorization. Please note that placing a security freeze may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit, mortgages, employment, housing, or other services.

**Monitor Your Health Insurance Explanation of Benefits:** Review statements you receive from your health insurer for any services you did not receive.

## CREDIT MONITORING AND IDENTITY PROTECTION SERVICES

TriZetto will be offering complimentary credit monitoring, fraud consultation, and identity theft restoration services through Kroll at no cost to you. These services include:
TriZetto will also send you a recap of the incident, what they have done to fix the issue, and will offer you other identity protection options, which may include paid subscription services.

- Credit monitoring
- Fraud consultation
- Identity theft restoration
- Dedicated call center support

You also have the right to file a complaint with the U.S. Department of Health and Human Services Office for Civil Rights if you believe your privacy rights have been violated. You can file a complaint by visiting www.hhs.gov/ocr/privacy/hipaa/complaints or by calling 1-877-696-6775.

Filing a complaint will not affect your care or services from One Community Health.

One Community Health
*Healthy Together*

Filing a complaint will not affect your care or services from One Community Health.

**Sincerely,**

Ama-Linda Affi, RHIT, CHPS™
Privacy Manager
Phone: (916) 209-8935
Email: aaffi@onecommunityhealth.com

Rob P. Colon-Torres
Chief Compliance Officer
Phone: (916) 443-3299
Email: rtorres@onecommunityhealth.com
*Rob P. Colon-Torres*