

# United States District Court
# Eastern District of California

| | |
|---|---|
| Kimberly Taylor | Case Number: 2:26-cv-00086-DC-AC |
| Plaintiff(s) | |
| V. | |
| Trizetto Provider Solutions, LLC et al | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Brendan M. Tyler hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

One Community Health

On ___01/24/2020___ (date), I was admitted to practice and presently in good standing in the ___District of Columbia___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ___03/03/2026___        Signature of Applicant: /s/ ___Brendan M. Tyler___

**Pro Hac Vice Attorney**

Applicant's Name: Brendan M. Tyler

Law Firm Name: Feldesman LLP

Address: 1129 20th Street, NW

Suite 400

City: Washington    State: DC    Zip: 20036

Phone Number w/Area Code: (202) 466-8960

City and State of Residence: Washingon, DC

Primary E-mail Address: btyler@feldesman.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kathryn E. Doi

Law Firm Name: Feldesman LLP

Address: 400 Capitol Mall

Suite 2500

City: Sacramento    State: CA    Zip: 95814

Phone Number w/Area Code: (916) 500-0733    Bar # 121979

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/23/2026

Dena Coggins
United States District Judge