**NORTON ROSE FULBRIGHT US LLP**
JOSHUA D. LICHTMAN (BAR NO. 176143)
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9226
Facsimile: (213) 892-9494
joshua.lichtman@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
JASON K. FAGELMAN (*Pro Hac Vice
Application Forthcoming)*
JOSEPH E. SIMMONS (*Pro Hac Vice
Application Pending*)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
jason.fagelman@nortonrosefulbright.com
joseph.simmons@nortonrosefulbright.com

Attorneys for Defendant TRIZETTO
PROVIDER SOLUTIONS LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| KIMBERLY TAYLOR,<br><br>                        Plaintiff,<br><br>        v.<br><br>TRIZETTO PROVIDER SOLUTIONS, LLC, et al,<br><br>                        Defendants. | Case No. 2:26-cv-000086-DC-AC<br><br>**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; PROPOSED ORDER** |
|---|---|

DOCUMENT PREPARED
ON RECYCLED PAPER

**TO THIS HONORABLE COURT**:

Plaintiff Kimberly Taylor and Defendant TriZetto Provider Solutions, LLC ("Defendant"), by and through their undersigned counsel of record, hereby agree and stipulate as follows:

WHEREAS, Plaintiff's Complaint was filed on January 9, 2026;

WHEREAS, Plaintiff's Complaint was served on Defendant on January 16, 2026;

WHEREAS, on February 10, 2026, the parties stipulated to an extension of time of forty-five days, up to and including March 23, 2026, for Defendant to file a responsive pleading in this matter, and this Court approved the stipulation;

WHEREAS, on March 19, 2026, the parties stipulated to an extension of time of thirty days, up to and including April 22, 2026, for Defendant to file a responsive pleading in this matter, and this Court approved the stipulation;

WHEREAS, on April 20, 2026, the parties stipulated to an extension of time of thirty days, up to and including May 22, 2026, for Defendant to file a responsive pleading in this matter, and this Court approved the stipulation;

WHEREAS, Defendant is still investigating the facts underlying Plaintiff's claims and evaluating Plaintiff's legal positions, including with respect to Plaintiff's proposed class;

WHEREAS, Plaintiff's Complaint is not the only complaint to assert claims against Defendant in connection with the alleged data incident involving Defendant's platform;

WHEREAS, due to the complexity of the issues set forth in the Complaint, the potential need for consolidation of this Complaint with similar complaints, Defendant's pending motion for transfer to the Eastern District of Missouri, and the pending motion to the Judicial Panel on Multidistrict Litigation for transfer and centralization in the District of New Jersey, Defendant respectfully requests a further extension of time of thirty days, up to and including June 22, 2026, to file a

DOCUMENT PREPARED
ON RECYCLED PAPER

STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; PROPOSED ORDER

responsive pleading in this matter;

WHEREAS, Plaintiff has agreed to extend Defendant's deadline to answer, move, or otherwise respond to her complaint by thirty days;

WHEREAS, the requested extension is not sought for purposes of delay and, if granted, will not prejudice any party;

**IT IS HEREBY STIPULATED THAT:**

Defendant's deadline to respond to Plaintiff's Complaint is extended to June 22, 2026.

Dated:      May 20, 2026      **NORTON ROSE FULBRIGHT US LLP**
JOSHUA D. LICHTMAN


By: _/s/ Joshua D. Lichtman_
JOSHUA D. LICHTMAN
Attorneys for Defendant
TRIZETTO PROVIDER SOLUTIONS
LLC

Dated:      May 20, 2026      **COHEN & MALAD, LLP**
VESS MILLER


By: _/s/ Vess Miller_ (as authorized on 5/19/26)
VESS MILLER
Attorney for Plaintiff
KIMBERLY TAYLOR


## <u>FILER'S ATTESTATION</u>

Pursuant to Local Rule 5-4.3.4 regarding signatures. Joshua D. Lichtman hereby attests that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

_/s/ Joshua D. Lichtman_
Joshua D. Lichtman

DOCUMENT PREPARED
ON RECYCLED PAPER

**IT IS SO ORDERED.**

Dated: _____          _____
                                 THE HONORABLE ALLISON CLAIRE
                                 UNITED STATES MAGISTRATE JUDGE

DOCUMENT PREPARED
ON RECYCLED PAPER

STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; PROPOSED ORDER