

# United States District Court
# Eastern District of California

| |
|---|
| Kimberley Taylor |

Plaintiff(s)

V.

| |
|---|
| TriZetto Provider Solutions, LLC, et al. |

Defendant(s)

Case Number:  | 2:26-cv-00086-DC-AC |

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Joseph E. Simmons _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

TriZetto Provider Solutions, LLC _____

On _____04/24/2026_____ (date), I was admitted to practice and presently in good standing in the

_____State Bar of Texas_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____04/24/2026_____    Signature of Applicant: /s/ _Joseph E. Simmons_____

**Pro Hac Vice Attorney**

Applicant's Name: Joseph E. Simmons

Law Firm Name: Norton Rose Fulbright US LLP

Address: 2200 Ross Avenue

Suite 3600

City: Dallas   State: Texas   Zip: 75201

Phone Number w/Area Code: (214) 855-8000

City and State of Residence: Irving, Texas

Primary E-mail Address: joseph.simmons@nortonrosefulbright.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Joshua D. Lichtman

Law Firm Name: Norton Rose Fulbright US LLP

Address: 555 South Flower Street

Forty-First Floor

City: Los Angeles   State: California   Zip: 90071

Phone Number w/Area Code: (213) 892-9226   Bar # 176143

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   <u>May 26, 2026</u>

Dena Coggins
United States District Judge